Filed by ___SL___ D.C.

Jan 3, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-60002-CR-RUIZ/SELTZER**

CASE NO. _____

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

**UNITED STATES OF AMERICA,**

vs.

**VICTOR JOSE ESTRADA RIVERA,**

 **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about December 6, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**VICTOR JOSE ESTRADA RIVERA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) or more grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **VICTOR JOSE ESTRADA RIVERA**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 21 United States Code, Section 853, any property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21 United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
DAYRON SILVERIO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

VICTOR JOSE ESTRADA RIVERA
_____Defendant_____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New defendant(s)           Yes ____  No ____
Number of new defendants   ____
Total number of counts     ____

**Court Division:** (Select One)
___ Miami          ___ Key West
 ✓  FTL            ___ WPB          ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days         ✓          Petty        ____
   II   6 to 10 days       ____        Minor        ____
   III  11 to 20 days      ____        Misdem.      ____
   IV   21 to 60 days      ____        Felony        ✓
   V    61 days and over   ____

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   December 6, 2019
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

_____
Dayron Silverio
Assistant United States Attorney
Florida Bar No. 112174

*Penalty Sheet(s) attached                                                    REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** VICTOR JOSE ESTRADA RIVERA

**Case No:** _____

Count #: 1

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)

**\*Max. Penalty:** Forty Years' Imprisonment
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**